UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
JIN M. CAO, LI F. LI, XIAN H. ZHUANG, GWEE MIN, :
SHI H. CHEN, SHAN X. CHEN, ZHANG W. ZHANG, :
QUAN LIN, TANG X. LI, YUN H. CHI, QI WENG, LEI :
LI, ZHEN J. WENG, YI LIN, GUO X. WANG, QING L. :
JIANG, YONG Q. LIN, ZENG X. HUANG, YI L. DONG, :
YI P. WANG, GUO H. LIU, GUO T. LIU, QUAN Z. LI, :
GUO X. LIU, TENG Y. CHEN, and GENG D. WENG, :

          Plaintiffs,

   - against -

WU LIANG YE LEXINGTON RESTAURANT, INC.,
WU LIANG YE 86 RESTAURANT, INC., WU LIANG
YE U.S.A., INC., JIAN LI, a.k.a. JAMES LI, SUSAN LI,
STEVEN LOK, JOHN ZHONG, TOM TAN, and LIANG
ZHANG, a.k.a. LIANG CHANG,

          Defendants.

---------------------------------- x

No. 08 Civ. 3725 (DC)(HP)

<u>NOTICE OF APPEARANCE</u>

Electronically Filed

    PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         April 30, 2008

                          DAVIS POLK & WARDWELL

                          By:  /s Deepika Bains
                                Deepika Bains (DB-4935)
                                450 Lexington Avenue
                                New York, New York 10017
                                (212) 450-4507
                                deepika.bains@dpw.com
                                *Attorneys for Plaintiffs*