UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JIN M. CAO, LI F. LI, XIAN H. ZHUANG, GWEE MIN, SHI H. CHEN, SHAN X. CHEN, ZHANG W. ZHANG, QUAN LIN, TANG X. LI, YUN H. CHI, QI WENG, LEI LI, ZHEN J. WENG, YI LIN, GUO X. WANG, QING L. JIANG, YONG Q. LIN, ZENG X. HUANG, YI L. DONG, YI P. WANG, GUO H. LIU, GUO T. LIU, QUAN Z. LI, GUO X. LIU, TENG Y. CHEN, and GENG D. WENG,

     Plaintiffs,

- against -

WU LIANG YE LEXINGTON RESTAURANT, INC., WU LIANG YE 86 RESTAURANT, INC., WU LIANG YE U.S.A., INC., JIAN LI, a.k.a. JAMES LI, SUSAN LI, STEVEN LO, JOHN ZHONG, TOM TAN, and LIANG ZHANG, a.k.a. LIANG CHANG,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

**ECF CASE**

08 Civ. 3725 (DC)(HP)

## CERTIFICATE OF SERVICE

  Deepika Bains, an attorney admitted to practice in this District, hereby certifies that on April 22, 2008, I caused a true and correct copy of the Summons and Complaint to be served by U.S. First Class Mail upon defendants:

Wu Liang Ye Lexington Restaurant, Inc.
338 Lexington Ave.
New York, NY 10016

Wu Liang Ye 86 Restaurant, Inc.
215 E. 86th St.
New York, NY 10028

Wu Liang Ye U.S.A., Inc.
215 E. 86th St.
New York, NY 10028

Jian Li, a.k.a. James Li
338 Lexington Ave.
New York, NY 10016

Susan Li
215 E. 86th St.
New York, NY 10028

Steven Lo
338 Lexington Ave.
New York, NY 10016

John Zhong
338 Lexington Ave.
New York, NY 10016

Tom Tan
215 E. 86th St.
New York, NY 10028

Liang Zhang, a.k.a. Liang Chang
36 W. 48th St., 2nd Floor
New York, NY 10036

Dated:   New York, New York
        April 22, 2008

_____
Deepika Bains