# MEMO ENDORSED          CHIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

JIN M. CAO, LI F. LI, XIAN H.
ZHUANG, GWEE MIN, SHI H. CHEN,
SHAN X. CHEN, ZHANG W. ZHANG,
QUAN LIN, TANG X. LI, YUN H. CHI,
QI WENG, LEI LI, ZHEN J. WENG, YI
LIN, GUO X. WANG, QING L. JIANG,
YONG Q. LIN, ZENG X. HUANG, YI L.
DONG, YI P. WANG, GUO H. LIU,
GUO T. LIU, QUAN Z. LI, GUO X. LIU,
TENG Y. CHEN, and GENG D. WENG,

                 Plaintiffs,

   - against -

WU LIANG YE LEXINGTON
RESTAURANT, INC., WU LIANG YE
86 RESTAURANT, INC., WU LIANG
YE U.S.A., INC., JIAN LI, a.k.a. JAMES
LI, SUSAN LI, STEVEN LO, JOHN
ZHONG, TOM TAN, and LIANG
ZHANG, a.k.a. LIANG CHANG,

                 Defendants.

----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/08

08 Civ. No. 08-3725 (DC)(HP)

STIPULATION REGARDING
DEFENDANTS' TIME TO
ANSWER OR OTHERWISE
RESPOND

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs and Defendants Wu Liang Ye Lexington Restaurant, Inc., Wu Liang Ye 86 Restaurant, Inc., Jian Li, Stephen Lok and Susan Li that the time for these Defendants to answer, or otherwise respond to, the complaint filed in the

above captioned case shall be extended until and including May 23, 2008.

Dated: New York, New York
       May 8, 2008

                          ASIAN AMERICAN LEGAL
                          DEFENSE AND EDUCATION FUND

                          DAVIS POLK & WARDWELL

                          By: _____
                              Jane H. Yoon

                          450 Lexington Avenue
                          New York, NY 10017
                          (212) 450-4000

                          Attorneys For Plaintiffs


                          SUSAN LI

                          By: Susan Li
                              Susan Li

                          Wu Liang Ye 86 Restaurant, Inc.
                          215 East 86th Street
                          New York, New York 10028

                          On Behalf of Defendants Wu Liang Ye
                          Lexington Restaurant, Inc., Wu Liang
                          Ye 86 Restaurant, Inc., Jian Li, Stephen
                          Lok and Susan Li

SO ORDERED:
_____
HON. DENNY CHIN, U.S.D.J.
May 14, 2008

2