AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

## APPEARANCE

Case Number: 08 CIV 3725 (DC)(HP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant LIANG ZHANG s/h/a LIANG ZHANG a.k.a. LIANG CHANG

I certify that I am admitted to practice in this court.

| 5/14/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Hugh H. Mo | 0425 |
|---|---|
| Print Name | Bar Number |

225 BROADWAY, SUITE 2702
Address

| NEW YORK | NEW YORK | 10007 |
|---|---|---|
| City | State | Zip Code |

| (212) 385-1500 | (212) 385-1870 |
|---|---|
| Phone Number | Fax Number |