# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
JIN M. CAO, LI F. LI, XIAN H. ZHUANG, GWEE MIN,      :
SHI H. CHEN, SHAN X. CHEN, ZHANG W. ZHANG,           :
QUAN LIN, TANG X. LI, YUN H. CHI, QI WENG,           :
LEI LI, ZHEN J. WENG, YI LIN, GUO X. WANG,           :
QING L. JIANG, YONG Q. LIN, ZENG X. HUANG,           :
YI L. DONG, YI P. WANG, GUO H. LIU,                  :      08 CIV. 3725 (DC) (HP)
GUO T. LIU, QUAN Z. LI, GUO X. LIU,                  :
TENG Y. CHEN, and GENG D. WENG,                      :
                                                     :      **STIPULATION TO EXTEND**
                  Plaintiffs,                        :      **DEFENDANT LIANG**
                                                     :      **ZHANG'S TIME TO**
        -against-                                    :      **ANSWER OR OTHERWISE**
                                                     :      **RESPOND TO COMPLAINT**
WU LIANG YE LEXINGTON RESTAURANT, INC.,              :
WU LIANG YE 86 RESTAURANT, INC., WU LIANG            :
YE U.S.A., INC., JIAN LI, a.k.a JAMES LI, SUSAN LI,  :
STEVEN LO, JOHN ZHONG, TOM TAN, and LIANG            :
ZHANG, a.k.a LIANG CHANG,                            :
                                                     :
                  Defendants.                        :
-------------------------------------------------------- X

It is hereby stipulated and agreed by and between the undersigned, counsel for the parties
herein, that:

    1.    Defendant LIANG ZHANG a.k.a. LIAN CHANG's time to answer or otherwise
respond to Plaintiff's Complaint is hereby extended up to and including June 6, 2008.

    2.    A facsimile copy of this stipulation and the signatures appearing thereon may
serve as an original to be filed without further notice with the Court.

Dated:    New York, New York
          May 15, 2008

ASIAN AMERICAN LEGAL DEFENSE AND              THE LAW FIRM OF HUGH H. MO, P.C.
    EDUCATION FUND
DAVIS POLK & WARDWELL

By: Jane H. Yoon, Esq. (JY-0115)              By: Hugh H. Mo, Esq. (HM-0425)
Attorneys for Plaintiffs                      Attorneys for Defendant
450 Lexington Avenue                          LIANG ZHANG
New York, New York 10017                      225 Broadway, Suite 2702
(212) 450-4000                                New York, New York 10007
                                              (212) 385-1500

SO ORDERED:

Hon. Denny Chin, U.S.D.J.

May 23 2008

2