UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JIN M. CAO, LI F. LI, XIAN H. ZHUANG, GWEE MIN,
SHI H. CHEN, SHAN X. CHEN, ZHANG W. ZHANG,
QUAN LIN, TANG X. LI, YUN H. CHI, QI WENG, LEI
LI, ZHEN J. WENG, YI LIN, GUO X. WANG, QING L.
JIANG, YONG Q. LIN, ZENG X. HUANG, YI L. DONG,
YI P. WANG, GUO H. LIU, GUO T. LIU, QUAN Z. LI,
GUO X. LIU, TENG Y. CHEN, and GENG D. WENG,

        Plaintiffs,

   - against -

WU LIANG YE LEXINGTON RESTAURANT, INC.,
WU LIANG YE 86 RESTAURANT, INC., WU LIANG
YE U.S.A., INC., JIAN LI, a.k.a. JAMES LI, SUSAN LI,
STEVEN LOK, JOHN ZHONG, TOM TAN, and LIANG
ZHANG, a.k.a. LIANG CHANG,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08 Civ. 3725 (DC)(HP)

NOTICE OF APPEARANCE

Electronically Filed

    PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         June 12, 2008

                        DAVIS POLK & WARDWELL

                        By:  /s Schuyler J. Schouten
                            Schuyler J. Schouten (SS-0513)
                            450 Lexington Avenue
                            New York, New York  10017
                            (212) 450-4856
                            schuyler.schouten@dpw.com
                            *Attorneys for Plaintiffs*