CHIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JIN M. CAO, LI F. LI, XIAN H. ZHUANG, GWEE
MIN, SHI H. CHEN, SHAN X. CHEN, ZHANG W.
ZHANG, QUAN LIN, TANG X. LI, YUN H. CHI,
QI WENG, LEI LI, ZHEN J. WENG, YI LIN, GUO
X. WANG, QING L. JIANG, YONG Q. LIN, ZENG
X. HUANG, YI L. DONG, YI P. WANG, GUO H.
LIU, GUO T. LIU, QUAN Z. LI, GUO X. LIU,
TENG Y. CHEN, and GENG D. WENG,

                       Plaintiffs,

                  -against-

WU LIANG YE LEXINGTON RESTAURANT,
INC., WU LIANG YE 86 RESTAURANT, INC.,
WU LIANG YE U.S.A., INC., JIAN LI, a.k.a.
JAMES LI, SUSAN LI, STEVEN LO, JOHN
ZHONG, TOM TAN, and LIANG ZHANG, a.k.a.
LIANG CHANG,

                       Defendants.
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

**STIPULATION
AND ORDER**

**ECF CASE**

08 Civ. 3725 (DC)(HP)

IT IS HEREBY AGREED TO by and between counsel for Plaintiffs and Defendant Susan Li on her own behalf and on the behalf of the following Defendants, Wu Liang Ye Lexington Restaurant, Inc., Wu Liang Ye 86 Restaurant, Inc., Jian Li, and Stephen Lok that:

    The time for Defendants Wu Liang Ye Lexington Restaurant, Inc., Wu Liang Ye 86 Restaurant, Inc., Jian Li, Stephen Lok, and Susan Li to answer or otherwise respond to the Complaint is hereby extended to July 5, 2008.

DATED: June 4, 2008

_/s/ Jane H. Yoon_
Jane H. Yoon (JY-0115)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Counsel for Plaintiffs

DATED: June __05__, 2008

_Susan Lz_
Susan Li, on her own behalf and on the behalf of Defendants,
Wu Liang Ye Lexington Restaurant, Inc., Wu Liang Ye 86
Restaurant, Inc., Jian Li, and Stephen Lok


SO ORDERED:

Dated: 6/12/08
New York, New York

_[signature]_
DENNY CHIN, U.S.D.J.

2