## CERTIFICATE OF SERVICE

Franklin K. Chiu, Esq. declares that:

1.  I am an associate of The Law Firm of Hugh H. Mo, P.C., counsel to the Defendant LIANG ZHANG s/h/a LIANG ZHANG, a.k.a. LIANG CHANG, in the above-captioned action, and that on the execution date which appears below, a true copy of DEFENDANT LIANG ZHANG'S ANSWER was served on the parties herein by causing same to be delivered by ECF and U.S. mail, postage prepaid, addressed as follows:

Jane H. Yoon, Esq.
Davis Polk & Wardwell
Attorneys for Plaintiffs
450 Lexington Avenue
New York, New York 10017

Kenneth Kimmerling, Esq.
Asian American Legal Defense and Education Fund
Attorneys for Plaintiffs
99 Hudson Street
New York, New York 10013

Wu Liang Ye Lexington Restaurant, Inc.
Defendant *Pro Se*
338 Lexington Avenue
New York, New York 10016

Wu Liang Ye 86 Restaurant, Inc.
Defendant *Pro Se*
215 E.86th Street
New York, New York 10028

Wu Liang Ye U.S.A., Inc.
Defendant *Pro Se*
215 E.86th Street
New York, New York 10028

Jian Li, a.k.a James Li
Defendant *Pro Se*
338 Lexington Avenue
New York, New York 10016

Susan Li
Defendant *Pro Se*
215 E.86th Street
New York, New York 10028

John Zhong
Defendant *Pro Se*
338 Lexington Avenue
New York, New York 10016

Tom Tan
Defendant *Pro Se*
215 E.86th Street
New York, New York 10028

2.  Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that all of the foregoing is true and correct.

Dated: June 30, 2008

Franklin K. Chiu (FC 0354)