# THE LAW FIRM OF HUGH H. MO,

225 BROADWAY
SUITE 2702
NEW YORK, NEW YORK 10007
(212) 385-1500

FAX: (212) 385-1870 / EMAIL: HHMO@VERIZONMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

July 25, 2008

**Via Facsimile (212) 805-7906**
Hon. Denny Chin, U.S.D.J.
U.S. District Court – S.D.N.Y.
500 Pearl Street, Room 1020
New York, New York 10007

> RE:  Jin M. Cao, et al. v. Wu Liang Ye Lexington Restaurant, Inc., et al.
> USDC-SDNY
> 08 CIV. 3725 (DC) (HP)

Dear Judge Chin:

We are the attorneys for defendant Liang Zhang in the above-referenced action. We just received this afternoon by fax plaintiff's counsel's response to our July 17, 2008 letter requesting another pre-motion conference to address the issues that would be raised in our anticipated, early motion for summary judgment.

Plaintiffs' response is merely an obfuscation of the facts in an attempt to dissuade this Court from considering defendant's application to dismiss plaintiff's action against Mr. Zhang, which would be appropriate under the circumstances. As we indicated in our request, none of plaintiffs' documents (nor defendant's documents) raise a genuine issue of material fact as to Mr. Zhang's liability herein. Rather, plaintiffs have failed to produce "corporate documents" that justify their lawsuit against Mr. Zhang or continuing this frivolous litigation against Mr. Zhang.

Therefore, we respectfully request that this Court schedule another pre-motion conference to discuss the issues raised herein over plaintiffs' counsel's objections.

Thank you for your consideration.

Respectfully,

Hugh H. Mo

cc:
Jane H. Yoon, Esq.
Ken Kimerling, Esq.

*[Handwritten note:]* Defendant Zhang's request for a pre-motion conference is denied, as no conference is necessary. If Mr. Zhang wishes to move for summary judgment, he may do so without another pre-motion conference. SO ORDERED.   7/28/08
USDJ