UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JIN M. CAO, LI F. LI, XIAN H. ZHUANG, GWEE MIN, SHI H. CHEN, SHAN X. CHEN, ZHANG W. ZHANG, QUAN LIN, TANG X. LI, YUN H. CHI, QI WENG, LEI LI, ZHEN J. WENG, YI LIN, GUO X. WANG, QING L. JIANG, YONG Q. LIN, ZENG X. HUANG, YI L. DONG, YI P. WANG, GUO H. LIU, GUO T. LIU, QUAN Z. LI, GUO X. LIU, TENG Y. CHEN, and GENG D. WENG,

      Plaintiffs,

  - against -

WU LIANG YE LEXINGTON RESTAURANT, INC., WU LIANG YE 86 RESTAURANT, INC., WU LIANG YE U.S.A., INC., JIAN LI, a.k.a. JAMES LI, SUSAN LI, STEVEN LO, JOHN ZHONG, TOM TAN, and LIANG ZHANG, a.k.a. LIANG CHANG,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 08 Civ. 3725 (DC)(HP)

STIPULATION OF DISMISSAL

 Plaintiffs and Defendant Liang Zhang respectfully represent, by their undersigned counsel, as follows:

 WHEREAS, on April 18, 2008, Plaintiffs filed a Complaint in the above-captioned matter against Defendant Liang Zhang and other Defendants; and

 WHEREAS, Defendant Liang Zhang filed an Answer to the Complaint on June 30, 2008;

 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties to this Stipulation that the Complaint and all claims made therein are dismissed as to Defendant Liang Zhang pursuant to Fed. R. Civ. P. 41(a)(2) without costs to any party.

Dated: New York, New York
August 22, 2008

ASIAN AMERICAN LEGAL DEFENSE &
EDUCATION FUND

DAVIS POLK & WARDWELL

By: _____
Jane H. Yoon

450 Lexington Avenue
New York, NY 10017
(212) 450-4000

*Attorneys For Plaintiffs*

THE LAW OFFICE OF HUGH H. MO

By: _____
Hugh H. Mo

225 Broadway
Suite 2702
New York, NY 10007
(212) 450-1500

*Attorneys for Defendant
Liang Zhang*

SO ORDERED.

_____
THE HON. DENNY CHIN, U.S.D.J.

August ____, 2008