UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | |
|---|---|
| JIN M. CAO, LI F. LI, XIAN H. ZHUANG, GWEE MIN, SHI H. CHEN, SHAN X. CHEN, ZHANG W. ZHANG, QUAN LIN, TANG X. LI, YUN H. CHI, QI WENG, LEI LI, ZHEN J. WENG, YI LIN, GUO X. WANG, QING L. JIANG, YONG Q. LIN, ZENG X. HUANG, YI L. DONG, YI P. WANG, GUO H. LIU, GUO T. LIU, QUAN Z. LI, GUO X. LIU, TENG Y. CHEN, and GENG D. WENG,<br><br>　　　　　　　　　　Plaintiffs,<br><br>- against -<br><br>WU LIANG YE LEXINGTON RESTAURANT, INC., WU LIANG YE 86 RESTAURANT, INC., WU LIANG YE U.S.A., INC., JIAN LI, a.k.a. JAMES LI, SUSAN LI, STEVEN LO, JOHN ZHONG, TOM TAN, and LIANG ZHANG, a.k.a. LIANG CHANG,<br><br>　　　　　　　　　　Defendants. | CERTIFICATE OF SERVICE<br><br>ECF CASE<br><br>08 Civ. 3725 (DC)(HP) |

-------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

　　　　Jane Yoon, an attorney admitted to practice in this District, hereby certifies that on August 25, 2008, I caused a true and correct copy of the Stipulation of Dismissal of Defendant Liang Zhang to be served by U.S. First Class Mail upon defendants:

The Law Firm of Hugh H. Mo, P.C.
225 Broadway, Suite 2702
New York, New York 10007
*Attorney for Defendant Liang Zhang*

Wu Liang Ye Lexington Restaurant, Inc.
338 Lexington Ave.
New York, NY 10016

Wu Liang Ye 86 Restaurant, Inc.
215 E. 86th St.
New York, NY 10028

Wu Liang Ye U.S.A., Inc.
215 E. 86th St.
New York, NY 10028

Jian Li, a.k.a. James Li
338 Lexington Ave.
New York, NY 10016

Susan Li
215 E. 86th St.
New York, NY 10028

Steven Lo
338 Lexington Ave.
New York, NY 10016

Dated:   New York, New York
         August 25, 2008

_____
Jane Yoon