CHIN, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JIN M. CAO, LI F. LI, XIAN H. ZHUANG,
GWEE MIN, SIU H. CHEN, SHAN X. CHEN,
ZHANG W. ZHANG, QUAN LIN, TANG X. LI,
YUN H. CHI, QI WENG, LEI LI, ZHEN J.
WENG, YI LIN, GUO X. WANG, QING L.
JIANG, YONG Q. LIN, ZENG X. HUANG, YI
L. DONG, YI P. WANG, GUO H. LIU, GUO T.
LIU, QUAN Z. LI, GUO X. LIU, TENG Y.
CHEN, and GENG D. WENG,

　　　　　　　　　　　Plaintiffs,

　　　　- against -

WU LIANG YE LEXINGTON RESTAURANT,
INC., WU LIANG YE 86 RESTAURANT, INC.,
WU LIANG YE U.S.A., INC., JIAN LI, a.k.a.
JAMES LI, SUSAN LI, STEVEN LO, JOHN
ZHONG, TOM TAN, and LIANG ZHANG, a.k.a.
LIANG CHANG,

　　　　　　　　　　　Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08 Civ. 3725 (DC)(HP)

STIPULATION OF DISMISSAL

　　Plaintiffs and Defendant Liang Zhang respectfully represent, by their undersigned counsel, as follows:

　　WHEREAS, on April 18, 2008, Plaintiffs filed a Complaint in the above-captioned matter against Defendant Liang Zhang and other Defendants; and

　　WHEREAS, Defendant Liang Zhang filed an Answer to the Complaint on June 30, 2008;

　　NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties to this Stipulation that the Complaint and all claims made therein are dismissed as to Defendant Liang Zhang pursuant to Fed. R. Civ. P. 41(a)(2) without costs to any party.

Dated: New York, New York
August 22, 2008

        ASIAN AMERICAN LEGAL DEFENSE &
        EDUCATION FUND

        DAVIS POLK & WARDWELL

        By: _____
           Jane H. Yoon

        450 Lexington Avenue
        New York, NY 10017
        (212) 450-4000

        *Attorneys For Plaintiffs*

        THE LAW OFFICES OF HUGH H. MO

        By: _____
           Hugh H. Mo

        225 Broadway
        Suite 2702
        New York, NY 10007
        (212) 450-1500

        *Attorneys for Defendant*
        *Liang Zhang*

SO ORDERED. _____
THE HON. DENNY CHIN, U.S.D.J.

August 26, 2008