

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844 F. 516.294.8202
www.lbcclaw.com

Peter L. Contini
Partner
pcontini@lbcclaw.com
Ext. 6320

October 31, 2008

**VIA ELECTRONIC FILING
AND FIRST CLASS MAIL**

Hon. Denny Chin, U.S.D.J.
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
Room 1040
New York, New York 10007-1312

    Re: <u>Cao, et al. v. Wu Liang Ye Lexington Restaurant, Inc., et al.</u>
       **Docket No.: 08-3725**
       Our File No.: 2702 93939

Dear Judge Chin:

  This office represents the defendants, Wu Liang Ye Lexington Restaurant, Inc., Wu Liang Ye 86 Restaurant, Inc., Wu Lian Ye U.S.A., Inc., Jian Li a/k/a James Lee, and Susan Li in the above-referred case. This is, in essence, an FLSA case brought by current and former employees, primarily waiters, delivery persons, and busboys, of the defendant restaurants. In addition to answering the complaint, we have provided the plaintiffs with employment records. We have also provided documents to the plaintiffs in an effort to further settlement negotiations. These documents include tax returns and current leases for the two restaurant locations. It is my opinion that all parties would be best served by a prompt settlement rather than to engage in extended litigation. Toward that end, I have initiated settlement negotiations with the plaintiffs' attorney but they are progressing slowly.

  I believe this case can and should be settled now and that there is nothing to be gained by further litigation. For that reason, I am requesting that Your Honor schedule a settlement conference to be attended by counsel and the parties. While in circumstances similar to these in other cases I have requested a court appointed mediator to assist the parties in settlement negotiations, in this case, I am respectfully asking that Your Honor oversee settlement negotiations. The logistics of effecting a settlement in this case are a little complicated and it is my firm belief that Your Honor's input and guidance on those types of issues will have far greater impact on the parties than that of a mediator's

Hon. Denny Chin, U.S.D.J.
October 31, 2008
Page 2

and that, as a result, this case will be far more likely to be resolved on a reasonable basis at a much earlier time.

I thank you in advance for any assistance you may be able to provide in this regard and for your consideration of this request.

Very truly yours,

Peter L. Contini

PLC/kl

cc: Kenneth Kimerling, Esq.
Asian American Legal Defense
and Education Fund
99 Hudson Street
New York, New York 10013

Jane H. Yoon, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

R:\CPWin\History\081024_0001\10862.12

