# LAW OFFICES OF BING LI, LLC
ATTORNEYS AT LAW

1350 BROADWAY, SUITE 1001
NEW YORK, NY 10018-0947
TELEPHONE: (212) 967-7690
FACSIMILE: (212) 658-9788

New Jersey Office
120 MOUNTAIN VIEW BOULEVARD
POST OFFICE BOX 509
BASKING RIDGE, NJ 07920
TELEPHONE: (908) 605-2120
FACSIMILE: (908) 605-2121

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 10/8/09         │
└─────────────────────────────┘
```

BING LI*
bli@blillc.com

* MEMBER NY & NJ BARS

October 8, 2009

**VIA FACSIMILE (212-805-7906)**
Hon. Danny Chin, U.S.D.J.
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

   Re:   **Cao et al. v. Wu Liang Ye Lexington Restaurant, Inc. et al.**
         **Case No.: 08 civ. 3725 (DC)(HP)**

Dear Judge Chin:

My office has been contacted by the defendants in the above-referenced matter to appear as substitute counsel. My office, together with Attorney Michael Faillace's office, is aware of the trial date on Tuesday, October 13, 2009 and intends to file our notice of **limited** appearance solely limited to making an application to the Court to adjourn the trial date as presently scheduled. Further to former counsel Mr. Contini's letter of yesterday evening, we were made aware earlier this morning that the Court's standing order requires such appearance by noon today. Therefore, we respectfully request that the Court grant one hour extension, until **1:00 p.m.** today, in which to file our limited appearance and our application. Counsel for plaintiffs, Jane H. Yoon, Esq., consents to the instant application. The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

Bing Li

cc:   Jane H. Yoon, Esq. (via fax 212-701-5466)
      Michael Faillace, Esq. (via fax 212-317-1620)
      Jian Li, Susan Li

Approved.

SO ORDERED.

USDJ 10/8/09