USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                        :
JIN M. CAO et al.,
                                        :
            Plaintiffs,
                                        :      **ORDER**
       - against -
                                        :      08 Civ. 3725 (DC)
WU LIANG YE LEXINGTON
RESTAURANT, INC. et al.,        :
           Defendants.    :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        In an Order dated October 8, 2009, this Court canceled the scheduled trial and scheduled a inquest to set damages, attorneys' fees, and costs. Plaintiffs submitted their damages requests and application for attorneys' fees and costs on November 4, 2009. Only two defendants, Jian Li and Susan Li, opposed the damages award. They have submitted declarations and deposition transcripts in opposition to plaintiffs' applications.

        Defendants' opposition to plaintiffs' applications do not raise any issues that require an evidentiary hearing. Accordingly, the Court will decide plaintiffs' applications on

the papers.  Defendants may submit reply papers by December 11, 2009.

        The hearing is cancelled.

        SO ORDERED.

Dated:    New York, New York
           December 8, 2009

                                    DENNY CHIN
                                    United States District Judge