UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x
                                    :
JIN M. CAO <u>et</u> <u>al.</u>,
                                    :
                    Plaintiffs,
                                    :
          - against -
                                    :
WU LIANG YE LEXINGTON
RESTAURANT, INC. <u>et</u> <u>al.</u>,         :

                    Defendants.     :

- - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/09
```

**ORDER**

08 Civ. 3725 (DC)

**CHIN, District Judge**

> The Order misdated December 8, 2009 and filed on
December 7, 2009 is hereby vacated and superseded by this Order.

> In an Order dated October 8, 2009, this Court canceled
the scheduled trial and scheduled a inquest to set damages,
attorneys' fees, and costs.  Plaintiffs submitted their damages
requests and application for attorneys' fees and costs on
November 4, 2009.  Only two defendants, Jian Li and Susan Li,
opposed the damages award.  They have submitted declarations and
deposition transcripts in opposition to plaintiffs'
applications.

> Defendants' opposition to plaintiffs' applications do
not raise any issues that require an evidentiary hearing.
Accordingly, the Court will decide plaintiffs' applications on

the papers.   Plaintiffs may submit reply papers by December 11, 2009.

The hearing is cancelled.

SO ORDERED.

Dated:      New York, New York
            December 9, 2009

                                    _____
                                    DENNY CHIN
                                    United States District Judge